**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
        **Plaintiff,**

   **v.**                                        **Case No. 13-CR-82**

**NATALIE KAMPA**
        **Defendant**

**and**

**PARIS NICOLE DALTON and ROSS H. LIBERTY,**
        **Third-party petitioners.**

---

## **ORDER**

On October 9, 2014, the third-party petitioners filed claims asserting an interest in two of the properties preliminarily forfeited in this case. Petitioners indicated that they were attempting to resolve their claims with the government and asked the court not to schedule a hearing at that time.

**IT IS ORDERED** that on or before **February 27, 2015**, petitioners provide the court with an update on the status of this matter.

Dated at Milwaukee, Wisconsin, this 20th day of February, 2015.

                                        /s Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge